# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-3216
_____

Subba Rao Chalamalesetty

*Plaintiff - Appellant*

v.

Ur Jaddou, Director, U.S. Citizenship and Immigration Services; Antony J.
Blinken, Secretary, U.S. Department of State

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of Nebraska - Lincoln
_____

Submitted: April 25, 2024
Filed: April 30, 2024
[Unpublished]
_____

Before COLLOTON, Chief Judge, BENTON and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

In this action brought under the Administrative Procedures Act, Subba Rao Chalamalesetty, a native and citizen of India, appeals the district court's[1] final

_____

[1]The Honorable John M. Gerrard, United States District Judge for the District of Nebraska.

judgment dismissing the action for lack of subject-matter jurisdiction. Having jurisdiction under 28 U.S.C. § 1291, this court affirms.

On de novo review, *see Great Rivers Habitat All. v. Fed. Emergency Mgmt. Agency*, 615 F.3d 985, 988 (8th Cir. 2010) (standard of review), this court agrees that the district court lacked subject-matter jurisdiction to review Chalamalesetty's claims. *See Thigulla v. Jaddou*, 94 F.4th 770, 773-78 (8th Cir. 2024); *see also Cheejati v. Blinken*, No. 23-40398, 2024 WL 1517635, at *6 (5th Cir. Apr. 9, 2024).

The judgment is affirmed.

_____